UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
ROBERT IARIA, PATRICK FOLEY,
LYNDA RICCO, and ANTHONY             CIVIL ACTION NO: 07-CV-4853
WIEDERHOLD,

          Plaintiffs,

v.

METRO FUEL OIL CORP.,                **STIPULATION OF DISCONTINUANCE**

          Defendant.
---------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties hereto, that whereas no party is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, this action, together with any cross-claims made herein, is discontinued with prejudice and without costs or attorneys' fees to any party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
      March 2 2010

JOSEPH, HERZFELD, HESTER
& KIRSCHENBAUM LLP
*Attorneys for Plaintiffs*
757 Third Avenue, 25th Floor
New York, N.Y. 10017
(212) 688-5640

_____
Michael D. Palmer (MP-5090)

AGOSTINO & ASSOCIATES P.C.
*Attorneys for Defendant*
14 Washington Place
Hackensack, NJ 07601
(201) 488-5400

_____
Jeremy Klausner (JK-2582)

**SO ORDERED THIS ___ DAY OF _____, 2010**

_____
Honorable Nina Gershon, U.S.D.J.